UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: LUIS VILLALOBOS

Case No.: 17-13488
Chapter: 7
Judge: Gambardella

**NOTICE OF PROPOSED ABANDONMENT**

_____John W. Sywilok_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Rosemary Gambardella_____ on _____May 2, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property located at:
70 Pink Street
Hackensack, NJ 07601
Fair Market Value: $405,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Caliber Home Loans on which there is due approximately $530,000.00. |
|---|---|

| Amount of equity claimed as exempt: $0.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, New Jersey 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 17-13488-RG
Luis Villalobos                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Mar 29, 2017
                              Form ID: pdf905          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db           +Luis Villalobos,    70 Pink Street,    Hackensack, NJ 07601-5208
516661727    +Bayview Loan Servicing,    P.O Box 650091,    Sheriff's # 16005052,    Dallas, TX 75265-0091
516661728    +Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
516661730    +Chase Bank, N. A.,    P.O. Box 15298,    Attn : Correspondence Dept.,    Wilmington, DE 19850-5298
516661729    +Chase Bank, N. A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
516661731    +KML Law Group, P.C.,    701 Market Street,    Ste. 5000,    Sheriff's # 16005052,
               Philadelphia, PA 19106-1541
516661732    +KML Law Group, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
516661733    +KML Law Group. P.C.,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42      U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516682966    +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2017 23:05:36      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             John Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
             John Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
             U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
             William P. Bonomo    on behalf of Debtor Luis  Villalobos nyattybill@aol.com,
              bonomolawecf@gmail.com;claudiacas45@hotmail.com;claudia@garanticesufuturo.com;claudiapatycastella
              nos@gmail.com;lediazlaw@gmail.com;Perezjrlegaldocs@verizon.net
                                                                                              TOTAL: 5
```