**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis Villalobos | Social Security number or ITIN   xxx–xx–5971 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–13488–RG | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luis Villalobos
aka Luis Roberto Villalobos Zamora

5/26/17

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13488-RG
Luis Villalobos                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin            Page 1 of 1            Date Rcvd: May 26, 2017
                         Form ID: 318           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
```
db          +Luis Villalobos,   70 Pink Street,   Hackensack, NJ 07601-5208
cr          +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Stern & Eisenberg, PC,
             1581 Main Street, Suite 200,   Warrington, PA 18976-3400
516661727   +Bayview Loan Servicing,   P.O Box 650091,    Sheriff's # 16005052,   Dallas, TX 75265-0091
516661728   +Caliber Home Loans,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
516661731   +KML Law Group, P.C.,   701 Market Street,   Ste. 5000,   Sheriff's # 16005052,
             Philadelphia, PA 19106-1541
516661732   +KML Law Group, PC,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
516661733   +KML Law Group. P.C.,   216 Haddon Avenue,   Ste 406,   Collingswood, NJ 08108-2812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 26 2017 22:11:50    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 26 2017 22:11:46    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516661730   +EDI: CHASE.COM May 26 2017 21:48:00    Chase Bank, N. A.,   P.O. Box 15298,
             Attn : Correspondence Dept.,   Wilmington, DE 19850-5298
516661729   +EDI: CHASE.COM May 26 2017 21:48:00    Chase Bank, N. A.,   P.O. Box 15298,
             Wilmington, DE 19850-5298
516682966   +EDI: RMSC.COM May 26 2017 21:48:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
          John Sywilok    on behalf of Trustee John Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William P. Bonomo    on behalf of Debtor Luis  Villalobos nyattybill@aol.com,
           bonomolawecf@gmail.com;claudiacas45@hotmail.com;claudia@garanticesufuturo.com;claudiapatycastella
           nos@gmail.com;lediazlaw@gmail.com;Perezjrlegaldocs@verizon.net
                                                                                               TOTAL: 6
```